## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **LAURIE STEELE,** | ) | Case No.: 2:23-cv-3335 |
| | ) | |
| Plaintiff, | ) | Chief Judge Sargus |
| | ) | |
| vs. | ) | Magistrate Judge Vascura |
| | ) | |
| **NATIONWIDE CHILDREN'S HOSPITAL** | ) | **WITHDRAWAL OF PLAINTIFF'S** |
| | ) | **APPLICATION FOR** |
| Defendant. | ) | **ENTRY OF DEFAULT** |

Plaintiff hereby gives notice that she withdraws the Application for Entry of Default, Doc. 10, filed October 22, 2024. On the same date, October 22, 2024, after Plaintiff filed the Application, Defendant filed its Answer, Doc. 11. In light of Defendant's Answer, Plaintiff hereby withdraws the Application for Entry of Default, Doc. 10.

Respectfully submitted,

**MENDENHALL LAW GROUP**

/s/ Warner Mendenhall
Warner Mendenhall (0070165)
Brian Unger (0096884)
190 North Union Street, Suite 201
Akron, Ohio 44304
330.535.9160; f 330.762.9743
Email: warner@warnermendenhall.com
brian@warnermendenhall.com

*Attorneys for Plaintiff*

**Certificate of Service**

I certify that on November 20, 2024, a copy of the foregoing was electronically filed with the Court, which will serve all parties through the Court's CM/ECF system.

/s/ Warner Mendenhall
Warner Mendenhall (0070165)